11-2475-cv / European Community et al v . RJR Nabisco, Inc. et al USCA Order
**CA02db Intake**   to:  CA02db Case_Closing           05/07/2014 11:43 AM
Sent by:   **Lynn Dobbs**

----- Forwarded by Lynn Dobbs/CA02/02/USCOURTS on 05/07/2014 11:42 AM -----

| | |
|---|---|
| From: | ecf_bounces@nyed.uscourts.gov |
| To: | nobody@nyed.uscourts.gov, |
| Date: | 04/30/2014 06:07 PM |
| Subject: | Activity in Case 1:02-cv-05771-NGG-VVP European Community et al v. RJR Nabisco, Inc. et al USCA Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/30/2014 at 6:07 PM EDT and filed on 4/30/2014

| | |
|---|---|
| **Case Name:** | European Community et al v. RJR Nabisco, Inc. et al |
| **Case Number:** | 1:02-cv-05771-NGG-VVP |
| **Filer:** | |
| **WARNING: CASE CLOSED on 05/16/2011** | |
| **Document Number:** | 114 |

**Docket Text:**
**ORDER/AMENDED OPINION of USCA as to [113] Notice of Appeal,,, filed by Kingdom of Sweden, European Community, Republic of Slovenia, French Republic, Grand Duchy of Luxembourg, Republic of Estonia, Portuguese Republic, Republic of Latvia, Italian Republic, Slovak Republic, Republic of Lithuania, Republic of Poland, Kingdon of Denmark, Kingdom of the Netherlands, Romania, Kingdom of Belgium, Federal Republic of Germany, Republic of Cyprus,**

**Czech Republic, Republic of Ireland, Republic of Austria, Kingdom of Spain, Republic of Bulgaria, Republic of Finland, Republic of Hungary, Hellenic Republic, Republic of Malta. Plaintiffs appeal from a judgment of the United States District Court for the Eastern District of New York (Garaufis, J.) dismissing their complaint. The District Court dismissed 5 the claims under the federal RICO statute, 18 U.S.C. § 1961 et seq., because it concluded that RICO does not apply to enterprises outside the United States. The state law claims were dismissed on the ground that they were not within the diversity jurisdiction of the federal courts. 28 U.S.C. § 1332. The Court of Appeals (Leval, J.) concludes that the RICO9 claims are within the scope of the statute and that the state law claims are within federal diversity jurisdiction. Accordingly, the judgment of the District Court is VACATED, and the case is REMANDED. Certified Copy issued: 4/30/14. PLEASE NOTE; THE MANDATE FOR THIS APPEAL HAS NOT YET BEEN ISSUED. (McGee, Mary Ann)**

**1:02-cv-05771-NGG-VVP Notice has been electronically mailed to:**

Frank H. Granito, III  F3G@ny.speiserkrause.com

John J. Halloran, Jr  jjh@ny.speiserkrause.com

Kevin A. Malone  kmalone@krupnicklaw.com, hpotts@krupnicklaw.com

Kenneth P. Nolan  kpn@ny.speiserkrause.com

Andrew B. Sacks  asacks@sackslaw.net

Mark R. Seiden  mrseiden@jonesday.com, dpjacobson@jonesday.com

John K. Weston  jweston@sackslaw.net

Stuart Housel Smith  ssmith@smithstag.com

Edward F. Farrell  efarrell@terra.es

Charles Arthur Acevedo  cacevedo@acevedoscott.com

Leslie B. Dubeck  lbdubeck@jonesday.com

Gregory G. Katsas  ggkatsas@jonesday.com

**1:02-cv-05771-NGG-VVP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/30/2014]
[FileNumber=8706932-0]
[4346d70523fdec34e0fc19282d3ed5743a8ad2d225a2c599080ff26e941d7e337bb35
2845582553fc71765a2fc888658a64e5ab684549719564fae22ee7575d8]]